UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

QUICK RUN PETROLEUM, LLC
Plaintiff

Civil Action No.

VS.

MENDON ROAD LEASING CORP.
HEMISPHERE MANAGEMENT
CORPORATION; DEMETRIOS HASEOTES
Defendants

CA 06 104 S

PETITION FOR REMOVAL

To the Honorable Judges of the United States District Court for the District of Rhode Island:

The Defendants, Mendon Road Leasing Corp., Hemisphere Management Corp., and Demetrios Haseotes files its petition for Removal of the above-entitled cause from the Providence Superior Court, State of Rhode Island, and alleges as follows:

1. The above-entitled proceeding was instituted in the Superior Court of Providence County, State of Rhode Island on or about January 26, 2006 with summons served on the Defendants via US mail Return Receipt Requested on February 16, 2006. A copy of said complaint is annexed hereto as Exhibit "A", and is made part hereof as if same were set forth at length.

2. The said Complaint appears to allege a civil cause of action under § 2805 of the Petroleum Marketing Practices Act, 15 U.S.C.A Ch. 55, § 2805 which provides:

> If a franchisor fails to comply with the requirements of section 2802 or 2803 of this title, the franchisee may maintain a civil action against such franchisor. Such action may be brought, without regard to the amount in controversy, in the district court of the United States in any judicial district in which the principal place of business of such franchisor is located or in which such franchisee is doing business

3. The United States District for the District of Rhode Island has jurisdiction of this action by reason of the federal question involved, and also pursuant to §2805 of the Petroleum Marketing Practices Act, 15 U.S.C.A Ch. 55, § 2805.

WHEREFORE, it is respectfully petitioned of the United States District Court for the District of Rhode Island to remove the above-entitled cause pursuant to 28 U.S.C.A. §

**1441, et seq. from the Superior Court of the State of Rhode Island to the District Court of the United States for the District of Rhode Island.**

## AFFIDAVIT

I, Mark B. Morse, of the firm of Law Office of Mark B. Morse, attorney for the Defendants, under oath depose and say that I have read the foregoing Petition for Removal and that the facts therein are true to the best of my knowledge and believe.

______________________________

DEFENDANTS
COUNTERCLAIM PLAINTIFFS
By their Attorneys
Law Office of Mark B. Morse

______________________________

**MARK B. MORSE**
**RI Bar Reg No 3003**
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

## CERTIFICATION

To: Henry H. Katz, Esq.
716 Central Avenue
Pawtucket, RI 02860

I hereby certify that I mailed a true copy of the within to the above-named attorney of record.

DATE: 3. 6. '06 ______________________________