# EXHIBIT A

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

QUICK RUN PETROLEUM, LLC
Plaintiff

VS.

C.A. NO. PC 06-0524

MENDON ROAD LEASING CORP.;
HEMISPHERE MANAGEMENT
CORPORATION; DEMETRIOS
HASEOTES
Defendants

## COMPLAINT
## FACTS

1. Plaintiff, Quick Run Petroleum, LLC ("Quick Run") is a Rhode Island Limited Liability Company with its principal place of business located at 1760 Mendon Road, Cumberland, Rhode Island.

2. Defendant, Mendon Road Leasing Corp. ("Mendon") is a corporation organized under the laws of the State of Rhode Island with its principal place of business located at 1754 Mendon Road, Cumberland, Rhode Island 02864.

3. On information and belief, Defendant, Hemisphere Management Corporation ("Hemisphere") is a corporation organized under the laws of the State of New York, with its principal place of business located at 375 Broadway, Menands, New York 12204. On the dates relevant to the Complaint, Hemisphere was engaging in the business of real estate management in the State of Rhode Island.

4. On information and belief, Defendant, Demetrios Haseotes, ("Haseotes") resides at 375 Broadway, Menands, New York 12204. On all dates relevant to the

Complaint, Hasecotes was engaging in the business of real estate management in the State of Rhode Island.

5. On or about July 18, 2002, Quick Run and Mendon executed a Sublease Agreement in which Quick Run leased from Mendon certain premises located at Mendon Road, more specifically described as Assessor's Plat 58, Lots 54 and 123 ("demised premises") for the purpose of operating a convenience store with gasoline, including lottery, money order sales and Western Union services.

6. On or about November 30, 2005, Mendon and/or Hemisphere, through its servants and agents, wrongfully terminated the Sublease Agreement.

7. On or about November 30, 2005, Mendon, Hemisphere and/or Hasecotes wrongfully, illegally, intentionally and willfully deprived Quick Run of possession of the demised premises.

8. On or about November 30, 2005, Mendon, Hemisphere and/or Hasecotes wrongfully converted cash, inventory and other assets of Quick Run to their own use.

**COUNT I (BREACH OF CONTRACT)**

9. Paragraphs 1 through 8 of the Complaint are repeated and repleaded.

10. As a direct and proximate cause of Mendon and/or Hemisphere's breach of the Lease Agreement, Plaintiff has sustained substantial economic damages, including, but not limited to, loss of business profits, good will and diminution in the value of its business assets.

WHEREFORE, Quick Run demands judgment against Mendon and Hemisphere,

jointly and severally, for compensatory damages in a sum sufficient to confer jurisdiction upon this Court, attorney's fees and costs.

COUNT II (DAMAGES FOR SELF HELP)

11. Paragraphs 1 through 8 of the Complaint are repeated and repleaded.

12. As a direct and proximate cause of the acts of self help by Mendon, Hemisphere and/or Hascotes in obtaining possession of the premises without lawful Court process, Plaintiff has sustained substantial economic damage, including, but not limited to, a loss of business profits, good will and diminution in the value of its business assets.

WHEREFORE, Plaintiff demands judgment against Mendon, Hemisphere and Hascotes, jointly and severally, for compensatory damages in an amount sufficient to confer jurisdiction upon this Court, punitive damages, attorney's fees and costs.

COUNT III (CONVERSION)

13. Paragraphs 1 through 8 of the Complaint are repeated and repleaded.

14. As a direct and proximate cause of Defendants Mendon, Hemisphere and Hascotes's conversion of the lawful property of Plaintiff, Plaintiff has sustained substantial economic damage, including, but not limited to, loss of business profits, good will and diminution in the value of its business assets.

WHEREFORE, Plaintiff demands judgment against Mendon, Hemisphere and

Haseotes, jointly and severally, in a sum sufficient to confer jurisdiction upon this Court, attorney's fees and costs.

QUICK RUN PETROLEUM, LLC

By its Attorney,

HENRY H. KATZ, #1208
716 Central Avenue
Pawtucket, RI 02861
(401) 724-6700
(401) 728-2889 (Fax)

Dated: January 26, 2006