UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

QUICK RUN PETROLEUM, LLC
Plaintiff

Civil Action No. 06-104S

VS.

MENDON ROAD LEASING CORP.
HEMISPHERE MANAGEMENT
CORPORATION; DEMETRIOS HASEOTES
Defendants

**NOTICE OF TRANSMITTAL OF RECORD**

Now come the Defendants and herein provide certified copies of all records in the state superior court record.

DEFENDANTS
COUNTERCLAIM PLAINTIFFS
By their Attorneys
Law Office of Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

CERTIFICATION

To: Henry H. Katz, Esq.
716 Central Avenue
Pawtucket, RI 02860

I hereby certify that I mailed a true copy of the within to the above-named attorney of record.

DATE: 3·7 06

STATE RHODE ISLAND AND PROVIDENCE PLAI .TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0524 QUICK RUN PETROLEUM V MENDON ROAD LEASING

Filing Date: 01-26-2006
Case Status: UNASSIGNED

Case Type: CONVERSION
Status Date: 01-26-2006

Plaintiff: QUICK RUN PETROLEUM LLC
ID: @10818054

Attorney: HENRY KATZ

Defendant: MENDON ROAD LEASING CORP
ID: @10818055
Defendant: HEMISPHERE MANAGEMENT CORPORATIO
ID: @10818056
Defendant: DEMETRIOS HASEOTES
ID: @10818057

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-26-2006 | COMPLAINT FILED | |
| 01-26-2006 | INITIAL FILING FEE | |
| 01-30-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP219539. |

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island