UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| QUICK RUN PETROLEUM, LLC<br>Plaintiff<br><br>vs.<br><br>MENDON ROAD LEASING CORP.;<br>HEMISPHERE MANAGEMENT CORPORATION;<br>DEMETRIOS HASEOTES<br>Defendants | CIVIL ACTION NO.: 06-104 S<br><br>NOTICE OF SPECIAL APPEARANCE FOR THE LIMITED PURPOSE OF CHALLENGING JURISDICTION<br><br>(Providence Superior Court No.: 06-0524) |

NOTICE OF SPECIAL APPEARANCE FOR THE PURPOSE
OF CHALLENGING JURISDICTION

The undersigned, Edward John Mulligan, an attorney licensed to practice before this Honorable Court, hereby enters his appearance for the plaintiff, Quick Run Petroleum, LLC., for the limited purpose of challenging the jurisdictional basis of the Defendants' Petition for Removal of this case from the Rhode Island Superior Court.

DATED: This 14 day of March, 2006.

*Edward John Mulligan*, #0143
1220 Pontiac Avenue, Suite 303
Cranston, Rhode Island 02920
Tel: (4010944-5820 Fax 944-5823
e-mail; ejmull@cox.net

Attorney for Plaintiff