UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| QUICK RUN PETROLEUM, LLC<br>Plaintiff<br><br>vs.<br><br>MENDON ROAD LEASING CORP.;<br>HEMISPHERE MANAGEMENT CORPORATION;<br>DEMETRIOS HASEOTES<br>Defendants | CIVIL ACTION NO.: 06-104 S<br><br>PLAINTIFF'S MOTION TO REMAND TO STATE COURT<br><br>(Providence Superior Court No.: 06-0524) |

PLAINTIFF'S MOTION TO REMAND TO STATE COURT

NOW COMES the plaintiff, Quick Run Petroleum, LLC., who, by and through its attorney, files this Motion to Remand and moves the honorable United States District Court for the District of Rhode Island for and order of remand pursuant to 28 U.S.C. § 1441 (a)-(d) and 28 U.S.C. §§ 1367, 1446, 1447.

The following are brief summaries of the Plaintiff's arguments herein:

1. There is no "real" federal court jurisdiction, where the defendants fail to state the same in their Petition for Removal and merely state that there is "apparent" jurisdiction, and, hence, jurisdiction is doubtful.

2. There is no diversity jurisdiction.

3. On the face of the complaint, there is no showing of any federal jurisdiction or federal claim under the well-pleaded complaint rule.

4. There is no franchise. There is merely a sublease under a master lease, where the plaintiff is a subtenant and the defendant (s) is/are (a) sublandlord (s).

5. The Petroleum Marketing Practice Act statute only confers upon the plaintiff the right to bring an original action before this court.

6. The defendants, as authors of the subject "Sublease Agreement," have stated that the law of Rhode Island is to apply to the Sublease Agreement, and they are bound by their choice of law.

There is further support for this motion in the attached memorandum.

Plaintiff requests oral argument.

Plaintiff's Supporting Memorandum is filed contemporaneously herewith.

WHEREFORE, plaintiff moves that its motion be GRANTED and that it be awarded costs and counsel fees in this matter.

DATED: This 14th day of March, 2006.

*Edward John Mulligan,* #0143
1220 Pontiac Avenue, Suite 303
Cranston, Rhode Island 02920
Tel: (4010944-5820 Fax 944-5823
e-mail; ejmull@cox.net

Attorney for Plaintiff

**GRANTED FOR THE REASONS STATED IN OPEN COURT ON MARCH 29, 2006.**

**U.S. DISTRICT JUDGE**
**WILLIAM E. SMITH**

**DATE:** 3/30/06